# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| **RAMON CHAVEZ-SANCHEZ,** : | |
| : | |
| Movant, : | |
| : | Civil Action No. 7:05-cv-104 (HL) |
| v. : | |
| : | Crim. Action No. 7:04-cr-4 (HL) |
| **UNITED STATES OF AMERICA,** : | |
| : | |
| Respondent. : | |

## ORDER

The Report and Recommendation of United States Magistrate Judge G. Mallon Faircloth, entered on February 6, 2006, is before the Court. The Magistrate Judge recommends that the Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 be denied. Movant, Ramon Chavez-Sanchez, has filed written objections to the Recommendation, as permitted by 28 U.S.C. § 636(b)(1). The Court has thoroughly considered the objections and given de novo consideration to those portions of the Recommendation to which objection is made. Nevertheless, the Court is of the opinion that the Magistrate Judge's determination was correct, and that Chavez-Sanchez is not entitled to relief under the § 2255 Motion. Furthermore, pursuant to Chavez-Sanchez's request, the Court has reviewed the decision of the Supreme Court of the United States in <u>Washington v. Recuenco</u>, ____ U.S. ____, 126 S. Ct. 2546 (2006), but finds that it offers nothing that would demand a different result. Accordingly, the Court accepts the Recommendation of the Magistrate Judge (Doc. 33). The Motion to Vacate, Set Aside or Correct Sentence (Doc. 28) is hereby denied.

**SO ORDERED**, this the 20th day of November, 2006.

**s/   Hugh Lawson**
**HUGH LAWSON, JUDGE**

mls